AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 4:19mj0271 | Date and time warrant executed: 2/22/2019 : 7:00am | Copy of warrant and inventory left with: Britteny Cross |
|---|---|---|

Inventory made in the presence of: SA Amy Avila, FBI JTTF Houston

Inventory of the property taken and name of any person(s) seized:

See attached FD-597.

United States Courts
Southern District of Texas
FILED

MAR - 1 2019

David J. Bradley, Clerk of Court

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/1/2019

DBPilggi, SA, CGIS
*Executing officer's signature*

David B. Pileggi
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Two story residence located at 9850 Pagewood Lane #301, Houston, Texas | )<br>)<br>)  Case No.  **4:19mj0271**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___Texas___
*(identify the person or describe the property to be searched and give its location):*

Two story residence located at 9850 Pagewood Lane #301, Houston, Texas. See Attachement A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___February 28, 2019___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  February 14, 2019, at 5:29 pm            *Dena Palermo*
                                                                                          *Judge's signature*

City and state:  Houston, Texas                                    U.S. Magistrate Judge Dena Hanovice Palermo
                                                                                    *Printed name and title*

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File #: 266N-HO-2103211

On (date): 2/22/2019

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name): Joffre J. Cross
(Street Address): 9850 Pagewood Lane, #301, Houston, TX 77042
(City): Houston, TX 77042

Description of Item(s): #1 AK47 Serial # 11VAK8631 importer TGI Knox, TN Model VEPR MANUFACTUER: MOLOT-ORUZHIE LTD, CALIBER 7.62x39 / Drum magize high capacity (LOADED) 7.62x39 Ammunition / MAGAZINE 7.62x39 Ammunition LOADED / HOME MADE ASSAULT RIFLE CALIBER 7.62x51 LOADED / MAGAZINE 7.62x51 Ammunition / HARD DRIVE APRICORN USB 3.0 / USB 2.4GHZ / Paper target / ACER LAPTOP S/N# NXRY-XAA00322 53A47B160 / MAC BOOK PRO S/W# CIM6TQSRDV13 MODEL: A1278 / STEALTH CAM GAME CAMER MODEL STC-G30 / Weapons Components'D HUSKY Pelican Case BLACK Room D / TARGETS, GAS MASK RECIEPT, TACTICAL READIN MAGAZINE #31 / IPHONE MODEL A1533 IMEI: 013 968 004 72 0655 / IPAD MODEL A1566 S/N# DMPR2DKKG5VW / JIGS AND LOWERS Weapons-GUN COMPONENTS / SAMSUNG Camera with SD CARD SLB-07 / TAN Pelican Case with rifle magazines LOADED, 7.62mm Ammunition (2 BOXES) AND AMMUNITION can / Magazine and Ammunition Credmoor 6.5 (1 Box) / AMAZON TABLET / Suppressor #18 / Gray stick magazine / Brown MESH Bag with gun parts and tools / Assorted small manufactor Gun parts in plastic container / Steel color screws in plastic bag / TAN case plastic containing gun manufactor parts / ASSORTED M66 gun parts / AK selector / lever WOOD stocks / AR style upper reciever.

Received By: _____ (Signature)
Received From: _____ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 266N-HO-2103211

On (date) 02/22/2019

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Joffre J. Cross
(Street Address) 9850 Pagewood Lane #301
(City) Houston, TX 77042

Description of Item(s): McCormick chip/Concealment Hollow out book/(5) boxes of .308 Winchester (10) bullets Winchester, (2)x7.62 magazines, 7.62 magazine (2) magazines and pouch 7.62 caliber x .51 cal, Unmarked pistol lower receiver/ Sword sheath/ Mixed gun parts, ammunition dagger + sheath/ Thumbdrive travelex/ 9mm ammunition with various magazines and handcuffs/ Firearm forearm tan/ Green pelican case large, assorted ammunitions, lowers, JIG khak green pipe/ Homemade .223/(2) .223 magazine .40 glock magazine (2) .45 magazines/(5) boxes of 20 cartridges 5.5mm ammunition/(1) box of full metal jackets (1) box 45 cal Winchester/ Homemade s caliber pistol/ Dell inspiron Desktop YNLVFK1/ AR style upper with scope/ Red Kevlar helmet/ Assorted manufactur gun parts/ (1) assault rifle/ Glock 27 s/n MCC091/ loaded 9mm magazine ammunition/ CUT OUT BOOK.

done

Received By: [Signature]  Received From: _____
  (Signature)                              (Signature)